UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE NEWMAN,

                Petitioner,

    -against-

CYRUS VANCE JR.,

               Respondent.

20-CV-1416 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued April 23, 2021, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed as time barred.

    Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    April 23, 2021
            New York, New York

                                                                       _Louis L. Stanton_
                                                                         Louis L. Stanton
                                                                           U.S.D.J.